**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6739**

AARON WAYNE PELLUM,

             Plaintiff - Appellant,

      v.

STAN BURTT, Warden of Lieber Correctional Institution; NFN
BODISON, Associate Warden; NFN THOMPSON, Associate Warden; NFN
NETTLES, Major; NFN ELKA, Lieutenant; G. ANTLEY, Investigator
at Lieber Correctional Institution; NFN NUNLEY, Captain; NFN
SMITH, Doctor, all sued in their individual and official
capacity; L. CARRINGTON, Institutional Grievance Coordinator
at Lieber Correctional Institution, sued in her individual
capacity and official capacity,

             Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.  Joseph F. Anderson, Jr., Chief
District Judge.  (9:05-cv-03339-JFA)

Submitted:  September 11, 2008      Decided:  October 1, 2008

Before WILKINSON and NIEMEYER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Aaron Wayne Pellum, Appellant Pro Se. Eugene P. Corrigan, III,
Jacqueline Gottfried Grau, GRIMBALL & CABANISS, Charleston, South
Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Aaron Wayne Pellum seeks to appeal the district court's order accepting in part and rejecting in part the magistrate judge's recommendation and denying his motion for summary judgment and denying in part and granting in part the Defendants' motion for summary judgment in this 42 U.S.C. § 1983 (2000) action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Pellum seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we grant the Appellees' motion and dismiss the appeal for lack of jurisdiction. We deny Pellum's motions for appointment of counsel, a transcript at government expense, to stay the proceedings, and for oral argument. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED